**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____(State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | FAME Housing Corporation |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | None |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-4021359 |

4. **Debtor's address**

   **Principal place of business**
   2270 S. Harvard Boulevard
   Number   Street
   Los Angeles, CA 90018

   Los Angeles
   County

   **Mailing address, if different from principal place of business**
   _____
   Number   Street
   _____
   P.O. Box
   _____
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   2232 and 2237 S. Harvard Boulevard
   Number   Street
   Los Angeles, CA 90018
   City   State   ZIP Code

5. **Debtor's website** (URL) _____

Debtor  __FAME Housing Corporation_____    Case number (*if known*)_____
        <sub>Name</sub>

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

      ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
      ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
      ☐ Railroad (as defined in 11 U.S.C. § 101(44))
      ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
      ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
      ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
      ☑ None of the above

B. *Check all that apply:*

      ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
      ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
      ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

      6242 __ __ __

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

      ☑ Chapter 7
      ☐ Chapter 9
      ☐ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

          ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

          ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

          ☐ A plan is being filed with this petition.

          ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

          ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

          ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

      ☐ Chapter 12

Debtor    FAME Housing Corporation      Case number *(if known)* _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.   District _____ When ___/___/_____ Case number _____
                   MM / DD / YYYY
            District _____ When ___/___/_____ Case number _____
                   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.   Debtor _____ Relationship _____
             District _____ When ___/___/_____
                                MM / DD / YYYY
             Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                    Number    Street
                    _____
                    _____ _____ _____
                    City                       State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

**Statistical and administrative information**

Debtor  FAME Housing Corporation
        Name

Case number (if known) _____

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/01/2024
             MM / DD / YYYY

X _____    Robert R. Shaw, II
Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer

Debtor  **FAME Housing Corporation**
        Name

Case number (*if known*) _____

**18. Signature of attorney**    ✗ _[signature]_    Date  05/01/2024
                                  Signature of attorney for debtor          MM / DD / YYYY

Jacky P. Wang
Printed name

Sanders Roberts LLP
Firm name

1055 W. 7th Street, Suite 3200
Number    Street

Los Angeles                               CA       90017
City                                      State    ZIP Code

(213) 426-5000                            jwang@sandersroberts.com
Contact phone                             Email address

222464                                    CA
Bar number                                State

2232 FAME Operating Reserve
2270 S Harvard Boulevard
Los Angeles, CA 90018


2232 FHC
2270 S Harvard Boulevard
Los Angeles, CA 90018


2232 Replacement Reserve
2270 S Harvard Boulevard
Los Angeles, CA 90018


2232 Northeast
2270 S Harvard Boulevard
Los Angeles, CA 90018


2237 Northwest
2270 S Harvard Boulevard
Los Angeles, CA 90018


3210 FAME Manor
2270 S Harvard Boulevard
Los Angeles, CA 90018


Ace Paintcraft Supply and Hardware Co
2620 Crenshaw Boulevard
Los Angeles, CA 90016


Adams Senior Gardens – 1755
2270 S Harvard Boulevard
Los Angeles, CA 90018

Adams Senior Gardens – 1732 ASG II
2270 S Harvard Boulevard
Los Angeles, CA 90018

AMS (Alliance Member Services)
PO Box 52224
Phoenix, AZ 85072-2224

Alliance Environmental Group
777 North Georgia Avenue
Azusa, CA 91702

Arthur J Gallagher Risk Management Services LLC
500 North Brand Boulevard Suite 100
Glendale, CA 91203

Arthur J Gallagher Risk Management Services LLC
2850 Golf Road
Rolling Meadows, IL 60008

AT&T
PO Box 5014
Carol Steam, IL 60197

AT&T
PO Box 5025
Carol Steam, IL 60197

Berkadia
LB #2087
PO Box 95000
Philadelphia, PA 19195-0001

Berkadia
3 Logan Square 1717 Arch Street Suite 1410
Philadelphia PA 19103


BSOG, LLC
8607 Walker Street Apartment 1
Cypress, CA 90630


Caesar James Bijou
3906 Don Felipe
Los Angeles, CA 90008


Carpet City Flooring Center
18314 Sherman Way
Reseda, CA 91335


Cats USA Pest Control Inc
PO Box 151
North Hollywood, CA 91603


Cats USA Pest Control Inc
5683 Whitnall Highway
North Hollywood, CA 91601


City National Bank
10880 Wilshire Boulevard Suite 150
Los Angeles, CA 90024


City National Bank
555 S Flower Street 18th Floor
Los Angeles, CA 90071

City of Los Angeles – Building and Safety
PO Box 102659
Pasadena, CA 91189


City of Los Angeles – Building and Safety
201 N Figueroa Street
Los Angeles, CA 90012


City of Los Angeles Business Tax Office of Finance
200 North Spring Street Room 101
Los Angeles, CA 90012


City of Los Angeles Office of Finance
200 North Spring Street Room 101
Los Angeles, CA 90012


City of Los Angeles
Housing + Community Investment Department
PO Box 30970
Los Angeles, CA 90030-0970


City of Los Angeles
Los Angeles Housing Department
PO Box 30970
Los Angeles, CA 90030


City of Los Angeles – LAHD
PO Box 17790
Los Angeles, CA 90017-0790


Clifford R Benn CPA
552 E Carson Street Suite 104
Carson, CA 90745

Consolidated Elevator Company
964 East Badillo Street Suite 303
Covina, CA 91724

Crenshaw Lock Company
3434 W 43rd Street
Los Angeles, CA 90008

Church HR Network dba
Demattia Consulting
9452 Telephone Road Suite 270
Ventura, CA 93004

Church HR Network dba
Demattia Consulting
511 Chesapeake Place
Ventura, CA 93004

Department of Housing & Community Development
Accounting Office Suite 300
PO Box 952050
Sacramento, CA 94252

Diamond Towing Inc
2420 Forney Street
Los Angeles, CA 90031

DoorKing Inc
120 S Glasgow Avenue
Inglewood, CA 90301

Elizabeth Strauss Financial Inc
630 N Orchard Drive
Burbank, CA 91506

Eugene Thomas Manor LP
2270 S Harvard Boulevard
Los Angeles, CA 90018

FAME Assistance Corporation
2270 S Harvard Boulevard
Los Angeles, CA 90018

FAME Gardens 3730 W 27th Street
2270 S Harvard Boulevard
Los Angeles, CA 90018

FAME Good Shepherd
2270 S Harvard Boulevard
Los Angeles, CA 90018

FAME Housing – 2237
2270 S Harvard Boulevard
Los Angeles, CA 90018

FAME Housing Corporation
2270 S Harvard Boulevard
Los Angeles, CA 90018

FAME Housing Corporation – La Salle
2270 S Harvard Boulevard
Los Angeles, CA 90018

FAME Housing Corporation
270 S Harvard Boulevard
Los Angeles, CA 90018

FAME Housing Corporation – 2232
2270 S Harvard Boulevard
Los Angeles, CA 90018


FAME Housing Corporation – 2237
2270 S Harvard Boulevard
Los Angeles, CA 90018


FAME Housing Payroll Account
2270 S Harvard Boulevard
Los Angeles, CA 90018


FAME Villa – 2506
2270 S Harvard Boulevard
Los Angeles, CA 90018


FAME West
2270 S Harvard Boulevard
Los Angeles, CA 90018


First AME Church of Los Angeles
2270 S  Harvard Boulevard
Los Angeles, CA 90018


First Legal Network LLC
PO Box 743451
Los Angeles, CA 90074


First Legal Network LLC
2920 N Green Valley Parkway Suite 514
Henderson, NV 89014

Grand Pacific Financing Corporation
901 Corporate Center Drive Suite 300
Monterey Park, CA 91754


Huseby Global Litigation
PO Box 6180
Hermitage, PA 16148


Huseby LLC
1230 W Morehead Street
Charlotte, NC 28208


Infospring  LLC
4195 Chino Hills Parkway Suite 369
Chino Hills, CA 91709


Infospring  LLC
3585 Bayberry Drive
Chino Hills, CA 91709


Jose Navarro
1507 S Magnolia Avenue Suite 6
Los Angeles CA 90006


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054


Los Angeles County Development Authority
Housing Investment and Finance Division
700 West Main Street
Alhambra, CA 91801

Los Angeles Department of Water & Power
PO Box 30808
Los Angeles, CA 90030

Los Angeles Hydro-Jet & Rooter Service
10639 Wixom Street
Sun Valley, CA 91352

Los Angeles Housing Department – RCCB
PO Box 102658
Pasadena, CA 91189

Kimball, Tirey & St. John LLP
7676 Hazard Center Drive Suite 900
San Diego, CA 92108

MG Maintenance Solution
2700 E Ponderosa Drive Unit 305
Camarillo, CA 93010

Nonprofits Insurance Alliance
PO Box 52224
Phoenix, AZ 85072-2224

Robert Marvin Silverman
Law Offices of Robert M Silverman
215 Paseo Gregario
Palm Desert, CA 92211

Robert Marvin Silverman
Law Offices of Robert M Silverman
269 S Beverly Drive Suite 1358
Beverly Hills, CA 90212

Northeast Bank
PO Box 1707
Lewiston, ME 04241


Northeast Bank
One Marina Park Drive Floor 8
Boston, MA 02210


PCB Bank
3701 Wilshire Boulevard Suite 900
Los Angeles, CA 90010


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


Republic Services
PO Box 78829
Phoenix, AZ 85062-8829


Ronnie's Plumbing & Rooter Service
7401 Crenshaw Boulevard Suite 715
Los Angeles, CA 90043


SERVPro of La Puente
14426 E Valley Boulevard
La Puente, CA 91746


SERVPro of La Puente
13911 Amar Road Suite C
La Puente, CA 91746

SMBC Manubank
100 South State College Boulevard
Brea, CA 92821


Southern California Gas Company
PO Box C
Monterey Park, CA 91756


Southern California Gas Company
PO Box 1626
Monterey Park, CA 91754-8626


The Lincoln National Life Insurance Company
PO Box 0821
Carol Stream, IL 60132


Trillium Property Management Inc.
200 Pine Avenue Suite 400
Long Beach, CA 90802


Trillium Property Management Inc.
1968 West Adams Boulevard Suite 312
Los Angeles, CA 90018


Trillium Property Management Inc.
1920 Malcolm Avenue Unit 301
Los Angeles, CA 90025


Vermont Outlet  Inc
2929 S Vermont Avenue
Los Angeles, CA 90007

Housing Authority of the City of Los Angeles
2600 Wilshire Boulevard
Los Angeles, CA 90057

City of Los Angeles Housing Enforcement
1910 Sunset Boulevard Suite 300
Los Angeles, CA 90026

Staples
PO Box 105638
Atlanta, GA 30348

Staples
500 Staples Drive
Framingham, GA 01702

Atlantic Lock & Key Company
7641 Firestone Boulevard
Downey, CA 90241

Atlantic Lock & Safe Company
715 S Atlantic Boulevard
Los Angeles, CA 90022

Positive Energy
405 S Vermont Avenue
Glendora, CA 91741

Shafer Plumbing
1307 W Trenton Avenue
Orange, CA 92867

Morillon Inc
550 North A Street Suite 6C
Oxnard, CA 93030


Patriot Environmental Laboratory Services Inc
1041 S Placentia Avenue
Fullerton, CA  92831-5105


Los Angeles Housing & Community
PO Box 532729
Los Angeles, CA 90053


Los Angeles County Development Authority
700 W Main Street
Alhambra, CA 91801


Denise Brown
c/o Navid Yadegar
1875 Century Park East Suite 1240
Los Angeles, CA 90067


Dean E Brown
c/o Navid Yadegar
1875 Century Park East Suite 1240
Los Angeles, CA 90067


Solon Escobar
c/o Navid Yadegar
1875 Century Park East Suite 1240
Los Angeles, CA 90067

Atorrey Parish
c/o Andrew Harris Wolff
Law Office of Andrew Wolff PC
1615 Broadway 4th Floor
Oakland, CA 94612


Dion Finister
c/o Mark Christopher Sherwood
Law Offices Mark C. Sherwood
5655 Lindero Canyon Road Suite 704
Westlake Village, CA 91362-4053


Chrisantes Finister
c/o Mark Christopher Sherwood
Law Offices Mark C. Sherwood
5655 Lindero Canyon Road Suite 704
Westlake Village, CA 91362-4053


Saki Middleton
John Stanley Inc
655 Deep Valley Drive Suite 325-B
Rolling Hills Estates, CA 90274


Saki Middleton
John Stanley Inc
601 S Figueroa Street Suite 2320
Los Angeles, CA 90017